10/24/2007 16:59 FAX 516 357 8111       SIMMONS, JANNACE & STAGG.                    ☒003

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/26/07

------------------------------------X
JANET SIMMONS,                          Civil Action No:
                                        07-8395 (JS) (MK) (JSS)
                Plaintiff,

        -against-                       STIPULATION

SEARS-KMART STORES, INC.,

                Defendants.
------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between JOEL M. BACHER, ESQ., attorney for plaintiff JANET SIMMONS, and SIMMONS, JANNACE & STAGG, L.L.P., attorneys for defendants KMART CORPORATION s/h/a SEARS-KMART STORES, INC. ("Kmart"), that the plaintiff's damages, including but not limited to, pain and suffering, personal injury, medical expenses, loss of earnings and/or any other special damages relating to the alleged accident of September 18, 2004, which forms the basis of this lawsuit, shall not exceed the sum of SEVENTY-FOUR THOUSAND NINE HUNDRED DOLLARS ($74,900.00), and that plaintiff shall hold Kmart harmless from any and all liens, expenses, costs, fees or other obligations, concerning, associated with or relating to plaintiff's care and treatment, medical or otherwise, and any related damages, now known or unknown, existing currently, or which may arise in the future as a result of the claims arising from the above-captioned matter, and that any claim for damages contained in plaintiff's Complaint is hereby forever reduced to the sum of SEVENTY-FOUR THOUSAND NINE DOLLARS ($74,900.00).

IT IS HEREBY FURTHER STIPULATED AND AGREED, that in exchange for the above, Kmart hereby consent to the remand of this matter from the United States District Court to the Supreme Court of the State of New York, County of New York.

IT IS HEREBY FURTHER STIPULATED AND AGREED, a facsimile copy of this Stipulation shall be deemed an original.

Dated: Syosset, New York
October 24, 2007

SIMMONS, JANNACE & STAGG, L.L.P.    JOEL M. BACHER, ESQ.

BY: _____    BY: _____
    Marvin N. Romero                    Joel M. Bacher

Attorneys for Defendant
KMART CORPORATION s/h/a SEARS-KMART STORES, INC.
Office & P.O. Address:
75 Jackson Avenue
Syosset, New York 11791
(516) 357-8100

Attorneys for Plaintiff
JANET SIMMONS
Office & P.O. Address:
269 Hamburg Turnpike
Wayne, New Jersey 07470
(973) 720-8111

SO ORDERED:

_____
U.S.D.J.